Orie Mumford, defendant in error, v. Coyne Electrical School, plaintiff in error. Gen. No. 32,605.

Opinion filed November 27, 1928,

648

Irwin N. Walker, for plaintiff in error; Samuel F. White, Jr., of counsel. No appearance for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.